# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Taghreed Group for General Trading and | ) | ASBCA No. 59823 |
| Contracting | ) | |
| | ) | |
| Under Contract No. W564KV-13-P-0171 | ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Hany Shamekh
                               CFO/Finance Department

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                                 Army Chief Trial Attorney
                                 CPT Cali Y. Kim, JA
                                 Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 8 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59823, Appeal of Taghreed Group for General Trading and Contracting, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals